

NUMBER 13-20-00248-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF M.J., A CHILD

**On appeal from the County Court at Law
of Aransas County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on May 13, 2020, and appellee's brief was due on September 8, 2020. Appellee has filed a motion for extension of time seeking thirty days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* Tex. R. App. P. 38.6(d).

We GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before Monday, October 5, 2020. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed the 4th
day of September, 2020.